IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BUFORD RANDLE, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:16-CV-21 |
| § | |
| WILLIAM STEPHENS, § | |
| § | |
| Respondent. § | |

# **ORDER**

The Court has before it Petitioner Buford Randle's ("Randle") motion for a certificate of appealability (Dkt. No. 30) and the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 36). In the M&R, the Magistrate Judge recommends that the Court deny Randle a certificate of appealability. The time to file objections has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); *see also* M&R, Dkt. No. 36 at 3 (advising parties of the 14-day deadline).

After an independent review of the record and applicable law, the Court **ADOPTS** the Magistrate Judge's M&R (Dkt. No. 36) and **DENIES** Randle's motion for a certificate of appealability (Dkt. No. 30).

SIGNED this 19th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge